UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WESLEY KOLOH COLLINS, | ) | |
|  Petitioner, | ) | 1:18-cv-10155-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| STEVENSOUZA, Superintendent, | ) | |
| Bristol County | ) | |
| House of Corrections, | ) | |
|  Respondent. | ) | |

**ORDER**

**BURROUGHS, J.**

Pursuant to the March 8, 2018 hearing, this court orders as follows:

1.   Petitioner shall not be moved outside the District of Massachusetts, temporarily or permanently, until on or after March 28, 2018.

2.   The Petitioner agrees that without a further stay of removal from the Attorney General or the Immigration court, he will not be released from custody based on the habeas corpus filed in this case, grounded in *Zadvydas v. Davis,* 533 U.S. 678 (more) 121 S.Ct. 2491; 150 L.Ed.2d 653.

Dated: March 8, 2018

_____
UNITED STATES DISTRICT COURT JUDGE